IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FLINT DOLLAR,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRUSTEES OF MOUNT DE SALES ACADEMY, INC. d/b/a MOUNT DE SALES ACADEMY,<br><br>    Defendant | Case No.: 5:15-cv-253 (LJA)<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF DISMISSAL

COMES NOW, FLINT DOLLAR, the Plaintiff in this civil action, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby files his Notice of Dismissal, *with prejudice*, in this civil action.

This August 7, 2015.

**/s Charles E. Cox, Jr.**
Ga. Bar No. 192305
**Attorney for Plaintiff**
Post Office Box 67
Macon, Georgia 31202-0067
Telephone:   (478) 757-2990
Facsimile:   (478) 757-2991
E-mail:      Charles@cecoxjr.com

**CERTIFICATE OF SERVICE**

    I, Charles E. Cox, Jr., hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, who will send notification and a copy of such to all counsel of record.

    I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following nonCM/ECF participants:

Adam L. Appel, Esq.
Cruser & Mitchell, LLP
Meridian II, Suite 2000
275 Scientific Drive
Norcross, Georgia 30092


    This August 7, 2015.


    /s Charles E. Cox, Jr.
**Charles E. Cox, Jr., LLC**
Ga. Bar No. 192305
Post Office Box 67
Macon, Georgia 31202-0067
Telephone:  (478) 757-2990
Facsimile:  (478) 757-2991
E-mail:  Charles@cecoxjr.com